IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LEE SEBASTIAN,

    Petitioner,

v.                        CASE NO. 4:06mc56-RH/WCS

MICHAEL C. OVERSTREET et al.,

    Respondents.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 2), and the objections thereto (document 4). I have reviewed de novo the issues raised by the objections.

The report and recommendation concludes that this action should be dismissed. After the report and recommendation was entered, plaintiff moved to amend the complaint. The magistrate judge denied the motion. I conclude that the complaint should be dismissed, exactly as the report and recommendation concludes, and that dismissal would be appropriate even if leave were granted to file the proffered amended complaint.

In addition, plaintiff has failed to pay the filing fee or to move for leave to proceed in forma pauperis. Because plaintiff's position is so clearly frivolous, I conclude that he is not proceeding in good faith, and that leave to proceed in forma pauperis thus would not be granted, even if plaintiff sought leave and qualified financially. Plaintiff will be ordered to pay the filing fee and to file no further papers until he does so.

For these reasons,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is dismissed." The clerk shall close the file.

2. Plaintiff shall pay the appropriate fee for the filing of a civil action ($350 less whatever amount plaintiff has previously paid) and shall submit no further papers until he does so.

SO ORDERED this 5th day of November, 2006.

                        s/Robert L. Hinkle
                        Chief United States District Judge